UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NECLERC CHERY,<br><br>              Plaintiff,<br><br>     v.<br><br>AACRES WA, LLC,<br><br>              Defendant. | NO. CV-09-361-EFS<br><br>**ORDER OF DISMISSAL** |

By Stipulation filed June 21, 2010 (Ct. Rec. 11), the parties advised the Court that the above-captioned matter should be dismissed with prejudice and without costs or fees under Federal Rule of Civil Procedure 41.

Therefore, **IT IS ORDERED:**

1. The Complaint **(Ct. Rec. 1)** is **DISMISSED with prejudice** and **without costs** or fees awarded to any party;

2. All pending trial and hearing dates are stricken;

3. All pending motions are denied as moot; and

4. This file shall be closed.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and distribute copies to counsel.

ORDER * 1

1  **DATED** this ___21st___ day of June 2010.

2

3                          S/ Edward F. Shea
                              EDWARD F. SHEA
4                       United States District Judge

5  Q:\Civil\2009\361.Stip.Dismiss.wpd

ORDER * 2